# United States Bankruptcy Court
## District of Utah

In re   **St. George Express, LLC**                              Case No.   **15-20049**
                              Debtor(s)                           Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                    $   Reasonable attorneys fees and costs as approved by the Court after appropriate application, notice and hearing.

   Prior to the filing of this statement I have received          $   $7,000.00, a portion of which was applied to pre-petition attorneys fees and costs including $1,717 for filing fees.

   Balance Due                                                    $   Reasonable attorneys fees and costs as approved by the Court after appropriate application, notice and hearing.

2. The source of the compensation paid to me was:
   ☒ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:
   ☒ Debtor      ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

In re **St. George Express, LLC**                                        Case No. **15-20049**
                           Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **January  19, 2015**              **/s/ Andres Diaz**
         **Andres Diaz 4309**
         **Red Rock Legal Services, PLLC**
         **249 East Tabernacle Street, Ste. 102**
         **St. George, UT 84770**
         **(435) 634-1000  Fax: (435) 634-1001**
         **courtmailrr@expresslaw.com**